IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 7:17-cr-00051-H2 |
| BRIAN LAMAR MARTIN, | |
| Defendant. | |

**ORDER GRANTING MOTION TO FILE**
**SENTENCING MEMORANDUM UNDER SEAL**

FOR GOOD CAUSE SHOWN, IT IS ORDERED that Defendant's Sentencing Memorandum, ECF No. 96, is hereby sealed, and shall remain under seal until further order of the Court.

SO ORDERED, this the 12th day of April, 2018.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT COURT
JUDGE